**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JOSE EDUARDO MACZ GUERRA,<br>Petitioner,<br>v.<br>WARDEN, et al,<br>Respondents. | No. 5:26-cv-02853-WLH-BFM<br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and the objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is denied without prejudice;
3. Judgment shall be entered consistent with this Order; and
4. The Court Clerk shall serve this Order and the Judgment on all

counsel or parties of record.

DATED: August 11, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE