JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JOSE EDUARDO MACZ GUERRA,
Petitioner,
v.
WARDEN, et al,
Respondents.

No. 5:26-cv-02853-WLH-BFM

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is denied.

DATED: August 11, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE